**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Mayra CASTILLO–VALENZUELA, Defendant—Appellant.**

No. 02–50204.

D.C. No. CR–01–03274–MJL.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 13, 2002.*

Decided Jan. 22, 2003.

Before BEEZER, KLEINFELD, and PAEZ, Circuit Judges.

MEMORANDUM **

Mayra Castillo–Valenzuela appeals her conviction by guilty plea and sentence for one count of importation of marijuana, in violation of 21 U.S.C. §§ 952 and 960. Castillo–Valenzuela's contention that section 960 is facially unconstitutional under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), and *Harris v. United States,* 536 U.S. 545, 122 S.Ct. 2406, 153 L.Ed.2d 524 (2002), is fore-

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

closed by *United States v. Hernandez,* 314 F.3d 430, 437–438 (9th Cir.2002).

**AFFIRMED.**

* The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2). Accordingly, Ware's request for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.